PEOPLE, Respondent, v. SWIFT & CO. Inc., Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Proceeding by the People of the State of New York against Swift & Co., Incorporated. J. B. Stanchfield, of New York City, for appellant. W. E. C. Mayer, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. STOKES. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Proceeding by the People of the State of New York against Waverly Stokes. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. THOMAS, Appellant. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Proceeding by the People of the State of New York against William Thomas, etc. W. H. Smith, of Brooklyn, for appellant. S. L. Richter, of New York City, for respondent. No opinion. Judgment and order affirmed. Order filed.

PEOPLE v. WAGNER. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Proceeding by the People of the State of New York against William Wagner. No opinion. Motion denied, for want of power; the state commissioner of excise not being a party to this proceeding.

PEOPLE v. WISHNER. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Proceeding by the People of the State of New York against Max Wishner. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE ex rel. ALBRO J. NEWTON CO., Respondent, v. PURDY et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Proceeding by the People of the State of New York, on the relation of the Albro J. Newton Company, against Lawson Purdy and others. (Taxes of 1913.) No opinion. Order affirmed, with $10 costs and disbursements. We find no prejudicial error in the admission of evidence.

PEOPLE ex rel. AUDLEY CLARKE CO., Respondent, v. PURDY et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Proceeding by the People of the State of New York, on the relation of the Audley Clarke Company, against Lawson Purdy and others. (Taxes of 1913.) No opinion. Order affirmed, with $10 costs and disbursements. We find no prejudicial error in the admission of evidence.

PEOPLE ex rel. BLANKENBERG v. WALDO. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Proceeding by the People of the State of New York, on the relation of Charles L. Blankenberg, against Rhinelander Waldo, as Commissioner. Grant & Rouss, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. BRADY v. CROPSEY. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Proceeding by the People of the State of New York, on the relation of Joseph E. Brady, against James C. Cropsey, as Commissioner. H. Crone, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BROWN v. WALDO. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Proceeding by the People of the State of New York, on the relation of John J. Brown, against Rhinelander Waldo, as Commissioner. F. J. Sullivan, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. BUCK, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Proceeding by the People of the State of New York, on the relation of John S. Buck, against William Williams, as Commissioner of the Department of Water Supply, etc. No opinion. Motion for reargument (of 148 N. Y. Supp. 1136) granted, and case set down for the first Monday of the January term, 1915.

PEOPLE ex rel. CARDOS v. EDWARDS. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Proceeding by the People of the State of New York, on the relation of Henry Cardos, against William H. Edwards, as Commissioner. W. F. Murphy, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.